No. 409, Misc.   GOGERTY v. GLADDEN, WARDEN.   Sup. Ct. Ore.   Certiorari denied.   *Lawrence A. Aschenbrenner* for petitioner.

No. 411, Misc.   BANDHAUER v. CALIFORNIA.   Sup. Ct. Cal.   Certiorari denied.

No. 413, Misc.   SILVER v. PROCUNIER, CORRECTIONS DIRECTOR.   Sup. Ct. Cal.   Certiorari denied.

No. 418, Misc.   COHEN v. NEWSWEEK, INC.   C. A. 8th Cir.   Certiorari denied.

No. 427, Misc.   SALGADO v. CALIFORNIA.   Ct. App. Cal., 4th App. Dist.   Certiorari denied.

No 429, Misc.   KAPSALIS v. NELSON, WARDEN.   C. A. 9th Cir.   Certiorari denied.

No. 430, Misc.   PILLOWS v. FIELD, MENS COLONY SUPERINTENDENT.   C. A. 9th Cir.   Certiorari denied.

No. 433, Misc.   ALEXANDER v. MICHIGAN.   C. A. 6th Cir.   Certiorari denied.

No. 441, Misc.   JENKINS v. CALIFORNIA.   Ct. App. Cal., 2d App. Dist.   Certiorari denied.

No. 444, Misc.   MANNING v. CALIFORNIA ET AL.   C. A. 9th Cir.   Certiorari denied.   *Thomas C. Ryan* for petitioner.

No. 455, Misc.   OUTTEN v. VIRGINIA.   C. A. 4th Cir. Certiorari denied.